■ MAE L. LECHNER et al., Appellants, v. FRANK LECHNER, Respondent. FRANK LECHNER, Plaintiff, v. LOUISE LECHNER et al., Defendants. LANA ESTATES, INC., Plaintiff, v. FRANK LECHNER, Defendant.— Oral motion by appellants to extend time to perfect appeal and to dispense with printing, denied.

Oral cross motion by respondent to dismiss appeal, granted and appeal dismissed; appellants having failed to comply with an order of this court, dated November 7, 1960, requiring them to perfect their appeal for the January 1961 Term. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.